UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GIFTY AFRAM,                        :
                                    :
              Plaintiff,            :
                                    :        20-cv-7637 (JSR)
       -v-                          :
                                    :        ORDER
                                    :
EXPERIAN INFORMATION SOLUTIONS,     :
INC.; TRANS UNION LLC; EQUIFAX      :
INFORMATION SERVICES LLC; and FORD  :
MOTOR CREDIT COMPANY LLC,           :
                                    :
                                    :
              Defendants.           :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On April 16, 2021, plaintiff informed the Court it has
"resolved her claims" against the sole remaining defendant, Trans
Union LLC. Dkt. No. 42. Accordingly, the case is hereby dismissed
with prejudice, but with leave to either party to move within 45
days from the date hereof to reopen the case and proceed to trial
if the settlement is not fully effectuated. The final pretrial
conference, currently scheduled for April 23, 2021 at 4:00 p.m. is
hereby adjourned.

     SO ORDERED

Dated:     New York, NY
           April 19, 2021                _____
                                         JED S. RAKOFF, U.S.D.J.

1